OGILVIE *vs.* FAURE.

APPEAL FROM THE COURT OF THE FIRST DISTRICT.

The case was submitted on the merits ; and the record being incomplete for want of *all* the evidence, and there being no assignment of error or bill of exceptions, the appeal was dismissed.

This case was submitted to the court on the merits, without argument. The plaintiff prayed for damages as for a frivolous appeal.

It appeared from the certificates of the clerk and judge, that the record contained all the evidence, *except the plan*, of the *locus in quo*.

The plaintiff was proceeding by order of seizure and sale against mortgaged property of the defendant, when the latter made opposition and obtained an injunction. On a summary trial, the injunction was dissolved, and the defendant appealed.

*F. B. Conrad*, for the plaintiff.

*Rawle and Josephs*, for the appellant.

*Bullard, J.*, delivered the opinion of the court.

This case has been submitted to us without argument. It commenced with an order of seizure and sale of some lots in Greenville, upon a mortgage reserved by the vendor. Opposition was made, and an injunction obtained on the grounds, first, that a part of the lots sold to him by the plaintiff, were, in fact, public property; second, that another part were sold as batture lots, and represented as affording valuable sites for saw mills, &c.; whereas, those representations are false ; third, that the plaintiff had failed to construct a rail road from the Carrollton rail road to the levee, through the town, and that certain hotels had not been erected, according to promise.

The injunction was dissolved after a trial upon the merits, and the defendant appealed.

EASTERN DIST.
*April*, 1840.

The record is incomplete; it appearing from the certificates of the clerk and of the judge, that all the evidence adduced on the trial below is not in the transcript; nor is there any assignment of errors, or bill of exceptions, taken by the appellant.

The appeal is, therefore, dismissed, with costs.